SMITH LARSEN & WIXOM
KARL L. NIELSON
Nevada Bar No. 5082
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
Email: *kln@slwlaw.com*

JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN (*admitted pro hac vice*)
California Bar No. 105444
JESSICA BROMALL SPARKMAN (*admitted pro hac vice*)
California Bar No. 235017
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: *rberman@jmbm.com*
      *jbromall@jmbm.com*

Attorneys for Plaintiff FFS HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FFS HOLDINGS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>FLIP FLOP WORKSHOP LLC, a Hawaii limited liability company; FLIP FLOP WORKSHOP NEVADA L.L.C., a Nevada limited liability company; KATHERINE KRAATZ, an individual; JEFFREY KRAATZ, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-01304-RFB-CWH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

    Plaintiff FFS Holdings, LLC and Defendants Flip Flop Workshop LLC, Flip Flop Workshop Nevada L.L.C., Katherine Kraatz, and Jeffrey Kraatz, through their undersigned counsel of record, hereby stipulate that the Complaint in the above-entitled action be, and hereby is, dismissed with

61511661v1

STIPULATION FOR VOLUNTARY DISMISSAL

prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: January 19, 2018 | DATED: January 19, 2018 |
| SMITH LARSEN & WIXOM | MURCHISON & CUMMING, LLP |
| /s/ Karl L. Nielson | /s/ Michael J. Nuñez |
| KARL L. NIELSON<br>Nevada Bar No. 5082<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Telephone: (702) 252-5002<br>Facsimile: (702) 252-5006<br>Email: kln@slwlaw.com | MICHAEL J. NUÑEZ, ESQ.<br>Nevada Bar No. 1070<br>6900 Westcliff Drive, Suite 605<br>Las Vegas, Nevada 89145<br>Telephone: (702) 360-3956<br>Facsimile: (702) 360-3957<br>Email: mnunez@murchisonlaw.com |
| JEFFER MANGELS BUTLER & MITCHELL LLP<br>ROD S. BERMAN (*admitted pro hac vice*)<br>California Bar No. 105444<br>JESSICA BROMALL SPARKMAN<br>(*admitted pro hac vice*)<br>California Bar No. 235017<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone: (310) 203-8080<br>Facsimile: (310) 203-0567<br>Email: rberman@jmbm.com<br>         jsparkman@jmbm.com<br><br>*Attorneys for Plaintiff FFS HOLDINGS, LLC* | *Attorneys for Defendants FLIP FLOP WORKSHOP LLC, FLIP FLOP WORKSHOP NEVADA L.L.C., KATHERINE KRAATZ and JEFFREY KRAATZ* |

**ORDER**

**IT IS SO ORDERED**.

DATED: January 22, 2018.

RICHARD F. BOULWARE, II
United States District Judge